CRIMINAL COURTROOM MINUTES - PTC

CASE NO: 07-CR-159-C-06   CASE NAME: USA v. Lisa Ramos

JUDGE: Crocker   CLERK: Jacobson   DATE: 1/24/08   DAY: Thurs.

APPEARANCES: GOVERNMENT BY: Dean Graber

DEFENDANT BY: Kelly Welsh

Reporter: Swenson

DEFENDANT PRESENT: (X) YES   ( ) NO
EXCUSED BY COURT:  ( ) YES   ( ) NO

MOTIONS FILED: (X) YES   ( ) NO

DOCKET NO:   DESCRIPTION:   *STATUS:

| Docket | Status |
|---|---|
| 52 | G |
| 53 | GIP, DIP |
| 54 | DAU |
| 55 | G |
| 56 | DAU |
| 57 | Evid. hrg. set for 2/1/08 @ 10:00am. |

Expert disc. due: Govt: 2/19/08
                   Deft: 3/3/08

*DAU (DENIED AS UNNECESSARY)   *GIP (GRANTED IN PART)

TRIAL ESTIMATE: _____   TRIAL DATE: _____

BRIEFING SCHEDULE: _____

START TIME: 1:10   END TIME: 1:45   TOTAL TIME: 35"

TAPE NO: _____

COUNTER NO: _____